John F. Purcell, as Administrator, etc., Respondent, v. Barbara E. Hickey, as Administratrix, etc., Appellant, Impleaded with The Emigrant Industrial Savings Bank, and Others. (No. 1.) John F. Purcell, as Administrator, etc., Respondent, v. Barbara E. Hickey, as Administratrix, etc.,

App. Div.]       First Department, November, 1915.

Appellant, Impleaded with Harlem Savings Bank and Others. (No. 2.) John F. Purcell, as Administrator, etc., Respondent, v. Barbara E. Hickey, as Administratrix, etc., Appellant, Impleaded with Bank for Savings and Others. (No. 3.) — Judgments affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.